UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VERSAI MANAGEMENT CORPORATION, ET AL.**

**VERSUS**

**PROGRESSIVE CASUALTY INSURANCE COMPANY**

**CIVIL ACTION**

**NO. 11-2717**

**SECTION I**

## ORDER

Before the Court is a motion[1] to dismiss filed pursuant to Federal Rule of Civil Procedure 12(b)(6) by defendant, Progressive Casualty Insurance Company. Plaintiffs, Versai Management Corporation and Bank of America, have since filed an amended complaint.[2]

Federal Rule of Civil Procedure 15(a)(1)(B) provides that a party may amend its pleading once as a matter of course 21 days after service of a motion under Rule 12(b). "An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (citing *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir.1985)). In this case, plaintiffs filed their amended complaint within 21 days of service of the motion to dismiss pursuant to Rule 15(a)(1)(B) and the amended complaint does not refer, adopt, or incorporate by reference the earlier pleading. Accordingly,

---

[1] R. Doc. No. 11.

[2] R. Doc. No. 16.

**IT IS ORDERED** that defendant's motion to dismiss is **DISMISSED AS MOOT**.

New Orleans, Louisiana, January 18, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**