# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**VERSAI MANAGEMENT**                                   **CIVIL ACTION**
**CORPORATION, ET AL.**
                                                        **NO. 11-2717**
**VERSUS**
                                                        **SECTION I**
**PROGRESSIVE CASUALTY**
**INSURANCE COMPANY**

## ORDER

Before the Court is a motion[1] to dismiss filed pursuant to Federal Rule of Civil Procedure

12(b)(6) by defendant, Progressive Casualty Insurance Company. Plaintiffs, Versai Management

Corporation and Bank of America, have since filed an amended complaint.[2]

Federal Rule of Civil Procedure 15(a)(1)(B) provides that a party may amend its pleading

once as a matter of course 21 days after service of a motion under Rule 12(b). "An amended

complaint supersedes the original complaint and renders it of no legal effect unless the amended

complaint specifically refers to and adopts or incorporates by reference the earlier pleading."

*King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) (citing *Boelens v. Redman Homes, Inc.*, 759

F.2d 504, 508 (5th Cir.1985)). In this case, plaintiffs filed their amended complaint within 21

days of service of the motion to dismiss pursuant to Rule 15(a)(1)(B) and the amended complaint

does not refer, adopt, or incorporate by reference the earlier pleading. Accordingly,

---

[1]R. Doc. No. 11.

[2]R. Doc. No. 16.

**IT IS ORDERED** that defendant's motion to dismiss is **DISMISSED AS MOOT**.

New Orleans, Louisiana, January 18, 2012.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**